================================================================
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
================================================================

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | Magistrate Case No. 15-7093 |
| MARCUS TOATLEY,<br>    a/k/a "Juicy" | : | |
| | : | |

　　I, Jacqueline A. Muller, being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about March 13, 2014, in Hudson County, in the District of New Jersey and elsewhere, defendant MARCUS TOATLEY, a/k/a "Juicy" did:

　　knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance,

in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

　　I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHMENT A

Continued on the attached pages and made a part hereof.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Jacqueline A. Muller, Special Agent
　　　　　　　　　　　　　　　　　　　　　Federal Bureau of Investigation

Sworn to before me and subscribed in my
presence, on this 29th day of April, 2015,
in Newark, New Jersey.

HONORABLE CATHY L. WALDOR　　　　_____
United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

## ATTACHMENT A

I, Jacqueline A. Muller, am a Special Agent of the Federal Bureau of Investigation and based upon my investigation and my discussions with other individuals involved in this investigation, I have knowledge of the facts which appear below.

1. On or about March 13, 2014, at the direction of law enforcement, a Confidential Informant ("CI") met with defendant MARCUS TOATLEY at a location in Jersey City, New Jersey for the purpose of purchasing a quantity of heroin. Prior to the meeting, law enforcement provided CI with an electronic recording device as well as a sum of United States currency.

2. At the meeting, defendant MARCUS TOATLEY provided the CI with a number of small bags containing a substance which later field-tested positive for heroin. In exchange for the heroin, CI gave defendant MARCUS TOATLEY a sum of United States currency.